

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-15-00033-CV

Kendall **HARRIS** and Angela Pyatte,
Appellants

v.

**LAWYERS TITLE INSURANCE CORPORATION**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-12-52792-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The clerk's record is due February 20, 2015. On February 9, 2015, the clerk filed a notification of late record stating the clerk's record has not been filed because appellants have not paid or made arrangements to pay the clerk's fee to prepare the record and appellants are not entitled to the record without paying the fee.

We **order** appellants Kendall Harris and Angela Pyatte to provide written proof to this court on or before February 23, 2015 that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellants fail to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court